Alliance of Theatrical Stage Employees and Moving Picture Machine Operators et al.; and *Homer I. Mitchell* for the Association of Motion Picture Producers, Inc. et al., respondents. *Robert W. Kenney* filed the motion for leave to file a brief for the Conference of Studio Unions et al., as *amici curiae.*

No. 223. STUDIO CARPENTERS LOCAL UNION No. 946 *v.* LOEW'S, INC. ET AL. C. A. 9th Cir. Certiorari denied. *Zach Lamar Cobb* for petitioner. *Homer I. Mitchell* for Loew's, Inc. et al.; and *Henry G. Bodkin, George M. Breslin* and *Michael G. Luddy* for Brewer et al., respondents.

No. 224. MACKAY ET AL. *v.* LOEW'S, INC. ET AL. C. A. 9th Cir. Certiorari denied. *Zach Lamar Cobb* for petitioners. *Homer I. Mitchell* for respondents.

No. 225. JOHNSON *v.* MATTHEWS, U. S. MARSHAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph L. Rauh, Jr.* and *Irving J. Levy* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, James L. Morrisson, Robert S. Erdahl* and *Robert G. Maysack* for respondent.

No. 227. LYONS *v.* BAKER ET AL. C. A. 5th Cir. Certiorari denied. *John Wattawa* for petitioner. *T. T. Oughterson* and *M. G. Littman* for respondents.

No. 228. ARROW AIRWAYS, INC. ET AL. *v.* CIVIL AERONAUTICS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Dayton M. Harrington* for petitioners. *Solicitor General*